■ In the Matter of LUSHER WALLACE, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Com-

munity Supervision, Respondent. [44 NYS3d 923]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier III prison disciplinary determination. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In light of this, and given that petitioner has been afforded all of the relief to which he is entitled, the petition is dismissed as moot (*see Matter of Kirshtein v New York State Dept. of Corr. & Community Supervision*, 142 AD3d 1246, 1246 [2016]; *Matter of Boyd v Annucci*, 142 AD3d 1214, 1214 [2016]). Although petitioner has also requested to be restored to the status that he enjoyed prior to the disciplinary determination, he is not entitled to such relief (*see Matter of Ramirez v Annucci*, 142 AD3d 1198, 1198 [2016]; *Matter of Guiffre v Annucci*, 142 AD3d 1193, 1193 [2016]). He is, however, entitled to the restoration of any good time lost as a result of the determination (*see Matter of Ramirez v Annucci*, 142 AD3d at 1198; *Matter of Guiffre v Annucci*, 142 AD3d at 1193).

Peters, P.J., Garry, Lynch, Devine and Aarons, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.